JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARK DWAYNE WILSON,  ) CV 13-9459-CAS (SH)
   )
        Petitioner,  ) JUDGMENT
   )
  v.  )
   )
M.D. BITER (Warden),  )
   )
        Respondent.  )
_____)

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: <u>June 26, 2014</u>

_____
CHRISTINA A. SNDYER
UNITED STATES DISTRICT JUDGE